IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr60-MHT |
| | ) | (WO) |
| LATRELL VONTAE CHISM | ) | |

SUPPLEMENTAL MENTAL-HEALTH ORDER

In accordance with the provisions in the judgment of conviction entered today, it is ORDERED that:

(1) Defendant Latrell Vontae Chism is to continue receiving counseling, at least monthly, at SpectraCare. This is to include psychotherapy focused specifically on improving his social functioning (e.g. maintaining a stable group of friends), home living (e.g. maintaining and caring for his personal possessions and living environment), self-direction (e.g. making logical plans), community use (e.g. calling upon others for assistance and services), and functional academics (e.g. completing forms for business or services). This counseling should also address coping skills and anger

management, as well as, most importantly, <u>how to appropriately use social media</u>.  All counseling should all be tailored to defendant Chism's level of cognitive functioning.

    (2)   The United States Probation Office is to do the following:

    (A) Arrange for an evaluation of defendant Chism by a psychiatrist within 30 days to determine whether medication is clinically indicated to address his various mental-health diagnoses.

    (B) Arrange for defendant Chism to attend a health class to provide him with knowledge about his body, how to maintain physical health and safety, and the 'facts of life.' It is recommended that defendant Chism's girlfriend attend this class with him.

    (C) Arrange for defendant Chism to attend a parenting class.  It is recommended that defendant Chism's girlfriend attend this class with him as well.

**(D)** File a report under seal with the court within 45 days regarding the status of the above four requirements and defendant Chism's progress.

DONE, this the 22nd day of July, 2020.

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**